No. 94–7657. LINEHAN *v.* HARVARD UNIVERSITY. C. A. 1st Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 93–8730. GILES *v.* ALABAMA, 512 U. S. 1213;

No. 94–662. CITY OF HENDERSON ET AL. *v.* NEVADA ENTERTAINMENT INDUSTRIES, INC., ET AL., *ante,* p. 1078;

No. 94–803. KNIGHTEN *v.* CAVE & MCKAY ET AL., *ante,* p. 1080;

No. 94–5747. LEDFORD *v.* GEORGIA, *ante,* p. 1085;

No. 94–6038. WILKERSON *v.* WHITLEY, WARDEN, ET AL., *ante,* p. 1085;

No. 94–6112. FORD *v.* UNITED STATES, *ante,* p. 1085;

No. 94–6415. QUEEN *v.* TEXAS, *ante,* p. 1115;

No. 94–6479. MIKKILINENI *v.* AMWEST SURETY INSURANCE CO. ET AL.; MIKKILINENI *v.* CHESTER ET AL.; MIKKILINENI *v.* BOROUGH OF FOREST HILLS; and MIKKILINENI *v.* GLENN ENGINEERING & ASSOCIATES, LTD., ET AL., *ante,* p. 1047;

No. 94–6480. MIKKILINENI *v.* BOROUGH OF FOREST HILLS, *ante,* p. 1047;

No. 94–6661. HUTTO *v.* NORTH AMERICAN VAN LINES, *ante,* p. 1088;

No. 94–6692. DOE *v.* IOWA ET AL., *ante,* p. 1089;

No. 94–6747. SIMONSON *v.* SIMONSON, *ante,* p. 1090;

No. 94–6783. KISKILA ET UX. *v.* BUSINESS EXCHANGE, INC., ET AL., *ante,* p. 1092;

No. 94–6841. WITCHER *v.* WITCHER, *ante,* p. 1094;

No. 94–6863. CASSIDY *v.* INDUSTRIAL INDEMNITY CO. ET AL., *ante,* p. 1095;

No. 94–6870. WILLIAMS *v.* UNITED STATES POSTAL SERVICE ET AL.; and WILLIAMS *v.* NATIONAL ASSOCIATION OF LETTER CARRIERS OF THE USA ET AL., *ante,* p. 1095;

No. 94–6928. LEAPHART *v.* COMMISSIONER OF INTERNAL REVENUE, *ante,* p. 1097;

No. 94–7019. WISHON *v.* FLORIDA DEPARTMENT OF HEALTH AND REHABILITATIVE SERVICES, *ante,* p. 1100; and

No. 94–7046. ANDERSON *v.* DEPARTMENT OF THE AIR FORCE ET AL., *ante,* p. 1100. Petitions for rehearing denied.